IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALTER BERNARD ET AL,

    Plaintiff,                        2:23-mc-427

    v.

PHILIP A. IGNELZI,

    Defendant.

## ORDER OF COURT

Pursuant to 28 U.S.C. § 455, this Court hereby recuses itself from the above-captioned case and requests that this case be assigned to another member of the Court.

SO ORDERED this 1st day of May, 2023.

    s/ Mark R. Hornak
    Mark R. Hornak
    Chief United States District Judge

cc:    All counsel of record